# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ADARUS MAZIO BLACK,

        Defendant.
_____/

Case Number: 07-20535

HON. MARIANNE O. BATTANI

### ORDER DENYING DEFENDANT'S MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS AND TO APPOINT COUNSEL

      This matter is before the Court on Defendant Adarus Black's Motion to Proceed on Appeal In Forma Pauperis, to Waive the Cost for the Notice of Appeal, and to Appoint Counsel. (Doc. 182). Under Federal Rule of Appellate Procedure 24(3), a party "who was determined to be financially unable to obtain an adequate defense in a criminal case[] may proceed on appeal in forma pauperis without further authorization." The Court determined that Black was "financially unable to obtain an adequate defense" and appointed counsel to represent Black on July 26, 2009. (See doc. 108). Accordingly, Black does not need any further authorization in order to proceed *in forma pauperis* on appeal. In addition, Black's request for the appointment of counsel is moot as the Sixth Circuit issued a January 26, 2009, order stating that it will appoint counsel to represent Black under the Criminal Justice Act.

Accordingly, the Court **DENIES** Black's Motion to Proceed on Appeal In Forma Pauperis, to Waive the Cost for the Notice of Appeal, and to Appoint Counsel.

**IT IS SO ORDERED.**

        s/Marianne O. Battani
        MARIANNE O. BATTANI
        UNITED STATES DISTRICT JUDGE

Dated: January 28, 2010

**CERTIFICATE OF SERVICE**

Copies of this Order were served upon Plaintiff and counsel of record on this date by ordinary mail and/or electronic filing.

        s/Marianne O. Battani
        Deputy Clerk