UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                Case No. 07-cr-20535
                                Hon. Matthew F. Leitman

ADARUS MAZIO BLACK,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S
## MOTIONS TO TAKE NOTICE (ECF Nos. 337, 340) AND TO SEAL
## COMPASSIONATE RELEASE LETTERS (ECF No. 338)

Defendant Adarus Mazio Black is a federal prisoner in the custody of the Federal Bureau of Prisons. On March 29, 2021, Black filed a motion for compassionate release. (*See* Mot., ECF No. 325.) The Court thereafter appointed the Federal Community Defender of the Eastern District of Michigan to represent Black with respect to his motion. (*See* Order, ECF No. 326.) On April 2, 2021, attorney Christopher J. McGrath entered an appearance on Black's behalf. (*See* Appearance, ECF No. 328.)

Despite the fact that the Court has appointed Black counsel, he has continued to file motions in this action on his own behalf. For example, on April 20, 2021, Black filed a motion asking the Court to take notice that his appointed attorney, McGrath, had yet to contact him. (*See* Mot., ECF Nos. 337.) McGrath has since

1

informed the Court that on April 27, 2021, he spoke with Mr. Black via telephone and that he and Black "have now established a line of communication." (McGrath Resp., ECF No. 339, PageID.7371). Next, on April 20, 2021, Black filed a motion in which he asked the Court to seal certain letters that were submitted to the Court on his behalf. (*See* Mot., ECF No. 338.) Finally, on April 24, 2021, Black asked the Court to take notice of certain evidence that he claims supports his motion for compassionate release. (*See* Mot., ECF No. 340.)

The Court **DENIES** each of these motions **WITHOUT PREJUDICE**. Black is now represented by counsel and that counsel, not Black, shall be the only party filing motions on Black's behalf. If Black wishes to ask the Court to seal certain documents, or wants to file certain motions, he shall do so through his appointed counsel. The Court will not consider any additional *pro se* motions filed by Black while he is represented by counsel.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 6, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 6, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2