UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                Case No. 07-cr-20535
                                Hon. Matthew F. Leitman

ADARUS MAZIO BLACK,

    Defendant.

_____/

### ORDER (1) GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR THE APPOINTMENT OF COUNSEL AND TO SEAL LETTERS OF SUPPORT AND (2) SEALING LETTERS OF SUPPORT (ECF Nos. 342-348, 351-353, 355.)

Defendant Adarus Mazio Black is a federal prisoner in the custody of the Federal Bureau of Prisons. On March 29, 2021, Black filed a motion for compassionate release from custody pursuant to 18 U.S.C. § 3582(c)(1)(A). (*See* Mot., ECF No. 325.) The Court thereafter appointed counsel for Black (*see* Order, ECF No. 326), and on October 18, 2021, counsel filed a supplemental brief on Black's behalf. (*See* Black Supp. Br., ECF No. 356.) Several individuals also submitted letters to the Court on Black's behalf and in support of his motion. (*See* Ltrs., ECF No. 370.)

On November 5, 2021, the Court denied Black's motion. (*See* Order, ECF No. 361.) Black has now appealed the Court's ruling. (*See* Notice of Appeal, ECF No.

1

365.)  On November 15, 2021, Black filed a motion in which he (1) requests the appointment of counsel on appeal and (2) asks the Court to seal the letters of support that were submitted on his behalf because those letters included personal identifying information. (*See* Mot., ECF No. 364.)

The Court held an on-the-record video status conference regarding the motion with counsel on November 30, 2021. (*See* Notice, ECF No. 368.)  For the reasons explained during the status conference, Black's request for the appointment of counsel is **DENIED WITHOUT PREJUDICE**.  If Black wishes to request counsel on appeal, he should direct that request to the Sixth Circuit.

With regard to the portion of Black's motion seeking to seal his letters of support, the Court informed counsel that if the letters were re-filed with the relevant personal identifying information redacted, the Court would seal the originally-filed letters.  Counsel for Black re-filed the redacted letters of support on December 7, 2021. (*See* Ltrs., ECF No. 370.)  Accordingly, because the originally-filed letters contain personal identifying information of the individuals who submitted the letters to the Court, the Court **GRANTS** Black's request to seal those letters.  The Clerk of the Court shall seal the letters of support included at ECF Nos. 342-348, 351-353, and 355.  **IT IS SO ORDERED**.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  December 13, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 13, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
