UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                          Case No. 07-cv-20535
                                          Hon. Matthew F. Leitman

ADARUS MAZIO BLACK,

    Defendant.

_____/

## ORDER (1) DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE EXCESS PAGES (ECF No. 384) AND (2) STRIKING OVERSIZED MOTION FOR RELIEF FROM JUDGMENT (ECF No. 383)

    Petitioner Adarus Mazio Black is currently serving a life sentence in the custody of the Federal Bureau of Prisons. On April 1, 2024, Black filed (1) a Motion for Leave to File Excess Pages in his Motion for Relief from Judgment (ECF No. 383) and (2) an oversized Motion for Relief from Judgment (ECF No. 383). The Court has carefully reviewed Black's Motion for Leave and **DENIES** the motion.

    The Court simply is not persuaded that it is necessary to expand the page limits under these circumstances. 25 pages is more than sufficient for Black to present his arguments to the Court. Finally, because the Court is denying Black's Motion for Leave, it will **STRIKE** Black's oversized Motion for Relief from Judgment because it does not comply with the Court's Local Rules.

Black may file a renewed motion that complies with all of the Court's Local Rules, including but not limited to the page limit.

**IT IS SO ORDERED.**

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: April 3, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 3, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126