UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 07-cv-20535
Hon. Matthew F. Leitman

ADARUS MAZIO BLACK,

    Defendant.

_____/

## ORDER (1) GRANTING MOTION TO SUPPLEMENT MOTION FOR REDUCTION IN SENTENCE (ECF No. 390) AND (2) EXTENDING GOVERNMENT'S DATE TO RESPOND TO SUPPLEMENTED MOTION

On May 10, 2024, Defendant filed a Motion for Reduction in Sentence. (*See* Mot., ECF No. 388.)  The Court later ordered the Government to respond to the Motion for Reduction in Sentence by July 12, 2024. (*See* Order, ECF No. 389.)  Defendant has now filed a motion to supplement his Motion for Reduction in Sentence. (*See* Mot., ECF No. 390.)  The motion to supplement is **GRANTED** and the supplemental arguments shall be treated as part of the original Motion to Reduce Sentence.  The Government's new date to respond – to the arguments in both the original Motion for Reduction in Sentence and in the supplement – is **September 12, 2024**.

    **IT IS SO ORDERED.**

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  June 13, 2024

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 13, 2024, by electronic means and/or ordinary mail.

                                    s/Holly A. Ryan  
                                    Case Manager  
                                    (313) 234-5126