UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 07-cv-20535
    Hon. Matthew F. Leitman

ADARUS MAZIO BLACK,

    Defendant.
_____/

**ORDER CONSTRUING DEFENDANT'S SUPPLEMENTAL BRIEF (ECF No. 392) AS A MOTION FOR RELIEF FROM JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(6) AND (2) DIRECTING GOVERNMENT TO FILE RESPONSE TO MOTION**

Defendant Adarus Mazio Black is currently serving a life sentence in the custody of the Federal Bureau of Prisons. On March 1, 2024, Black filed an over-sized motion for relief from judgment under Federal Rule of Civil Procedure 60(b)(6). (*See* Mot., ECF No. 385.) The Court subsequently struck the motion because it did not comply with the Court's Local Rules. (*See* Order, ECF No. 385.) However, the Court informed Black that he could "file a renewed motion that complies with all of the Court's Local Rules, including but not limited to the page limit." (*Id.*, PageID.8825.)

On June 26, 2024, Black filed what he called a "supplemental brief" in support of his motion for relief from judgment. (*See* ECF No. 392.) The Court will construe Black's "supplemental brief" as a motion for relief from judgment under Federal

1

Rule of Civil Procedure 60(b)(6). The Court further directs the Government to file a response to Black's motion by no later than **September 12, 2024**. The Court recognizes that this is a longer-than-normal period of time to file a response brief, but the Court concludes that such an extension of time is warranted here because the Government is currently drafting a response to Black's other pending motion (a motion to reduce his sentence), which is also due on September 12, 2024. (*See* Order, ECF No. 391.)

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 2, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 2, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2