UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,

v.

ADARUS MAZIO BLACK,

        Defendant/Petitioner.

Criminal Case No.  07-20535

HON. MATTHEW F. LEITMAN
United States District Judge

---

### ORDER FOR ENLARGEMENT OF TIME TO FILE AN ANSWER TO DEFENDANT'S MOTIONS TO REDUCE SENTENCE (ECF Nos. 388 & 390)

The United States having applied for an extension of time to file a response to defendant's motions for a sentence reduction (ECF Nos. 388 and 390); good cause having been shown; and the court being otherwise fully advised;

**IT IS HEREBY ORDERED** that the United States shall have, up to and including October 25, 2024, to file a response to defendant's motions.

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated:  September 5, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 5, 2024, by electronic means and/or ordinary mail.

        s/Holly A. Ryan
        Case Manager
        (313) 234-5126