UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

ADARUS MAZIO BLACK,

    Defendant/Petitioner.

Criminal Case No. 07-20535

HON. MATTHEW F. LEITMAN
United States District Judge

---

**ORDER FOR ENLARGEMENT OF TIME TO FILE AN ANSWER TO DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT (ECF No. 392)**

---

The United States having applied for an extension of time to file a response to defendant's motion for relief from judgment (ECF No. 392); good cause having been shown; and the court being otherwise fully advised;

**IT IS HEREBY ORDERED** that the United States shall have, up to and including November 8, 2024, to file a response to defendant's motion.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 29, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 29, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126