UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 07-cv-20535
                                    Hon. Matthew F. Leitman

ADARUS MAZIO BLACK,

    Defendant.

_____/

## ORDER GRANTING MOTIONS TO HOLD IN ABEYANCE COMPASSIONATE RELEASE MOTIONS (ECF Nos. 422, 423)

Defendant Adarus Mazio Black is a federal prisoner in the custody of the Federal Bureau of Prisons. In 2009, a jury found Black guilty of (1) conspiracy to possess with intent to distribute and to distribute cocaine and marijuana in violation of 21 U.S.C. §§ 841 and 846, and (2) escape or attempted escape from federal custody in violation of 18 U.S.C. § 751(a). (*See* Judgment, ECF No. 163.) (*see* Verdict, ECF No. 100, PageID.657). Black was sentenced to a term of life on the drug conspiracy and a consecutive term of 24 months for the escape. (*See* Judgment, ECF No. 163, PageID.2482.)

Black has now filed two motions for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (*See* Mots., ECF Nos. 388, 416.) In his motions, Black relied in part on updated guidelines promulgated by the United States Sentencing

1

Commission, which provide that courts can consider an "unusually long sentence" along with non-retroactive changes in the law as "extraordinary and compelling reason[s]" in support of a motion for a reduction in sentence or a motion for compassionate release. U.S.S.G. § 1B1.13(b)(6), (c). On April 22, 2025, the United States Court of Appeals for the Sixth Circuit held that subsection (b)(6) "is invalid" because "nonretroactive legal developments, considered alone or together with other factors, cannot amount to an 'extraordinary and compelling reason'" for sentence reduction. *United States v. Bricker*, 135 F.4th 427, 431, 434 (6th Cir. 2025) (quoting *United States v. McCall*, 56 F.4th 1048, 1065–66 (6th Cir. 2022)).

On June 3 and June 17, 2025, Black filed motions to hold in abeyance his compassionate release motions on the basis that the United States Supreme Court granted certiorari in two cases in which it will consider the validity of U.S.S.G. 1B1.13(b)(6). (*See* Mots., ECF Nos. 422, 423, PageID.9832, 9839.) *See also Rutherford v. United States*, No. 24-820, 2025 WL 1603603 (U.S. June 6, 2025) and *Carter v. United States*, No. 24-860, 2025 WL 1603599 (U.S. June 6, 2025). The Court believes a decision by the United States Supreme Court on these issues will provide substantial guidance in connection with the proper disposition of Black's motions. Accordingly, the motions to hold the compassionate release motions in abeyance are **GRANTED**. Proceedings on Black's motions for compassionate

release are **STAYED** until the Supreme Court issues its decision in *Rutherford* and *Carter*.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 26, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 26, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3