UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                  Case No. 07-cr-20535
                                  Hon. Matthew F. Leitman

ADARUS MAZIO BLACK,

    Defendant.
_____/

**ORDER (1) GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE EXCESS PAGES (ECF No. 387); (2) DENYING DEFENDANT'S MOTION TO SEAL (ECF No. 408); (3) TERMINATING AS MOOT DEFENDANT'S MOTION FOR STATUS CHECK (ECF No. 417); (4) GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME (ECF No. 409); AND (5) DENYING DEFENDANT'S MOTIONS TO TAKE JUDICIAL NOTICE (ECF Nos. 410, 414)**

Defendant Adarus Mazio Black has filed two motions for compassionate release in this action. (*See* Mots. for Compassionate Release, ECF No. 388, 316.) The determination of those motions has been stayed pending a decision by the United States Supreme Court in *Rutherford v. United States*, No. 24-820, 2025 WL 1603603 (U.S. June 6, 2025) and *Carter v. United States*, No. 24-860, 2025 WL 1603599 (U.S. June 6, 2025).

Black has filed a number of administrative motions in connection with his motions for compassionate release. (*See* Mots., ECF Nos. 387, 408, 409, 410, 414, 417.) For the reasons explained below, Black's motions are resolved as follows:

1

- Black's Motion for Leave to File Excess Pages (ECF No. 387) is **GRANTED**. The Court will consider the entirety of Black's motions as filed.

- Black's Motion to Seal (ECF No. 408) is **DENIED**. In that motion, Black asks the Court to "seal[] [his] family letters and addresses pending" the outcome of his compassionate release motion. (Mot. to Seal, ECF No. 408, PageID.9318.) The only letters that the Court has found on the docket are located at ECF Nos. 342, 343, 344, 345, 346, 347, 348, 351, 352, 353, and 355. Those letters are sealed. Thus, to the extent Black was referring to the letters already on the docket, the Court has already granted that motion. (*See* Order, ECF No. 371, PageID.8131.) Versions of the letters with personal addresses redacted appear on the docket at ECF No. 370. Accordingly, Black's motion to seal is **DENIED**. Black also filed a "Motion for Status Check" with regard to his motion to seal. (*See* Mot. for Status Check, ECF No. 417.) That motion is **TERMINATED AS MOOT**.

- Black's Motion for Extension of Time to File Response/Reply (Mot. for Extension, ECF No. 409) in support of his motion for compassionate release is **GRANTED**. The Court will consider Black's reply in full.

- Black's Motions to Take Judicial Notice (ECF Nos. 410, 414) are **DENIED**. In the first motion, Black asks the Court to take judicial notice of "Exhibits to docket # 392 & 393, 60(b)6 showing efforts of due diligence over 15 years

2

trying to get prosecutors withheld *Brady Jencks* and *Giglio* evidence." (Mot., ECF No. 410, PageID.9324.)  In the second motion, Black asks the Court to take judicial notice of a "website" he "created after being sentenc[ed]." (Mot., ECF No. 414, PageID.9668.)  The documents identified by Black are not the proper subject of judicial notice.  However, the Court will consider the documents if and to the extent they are appropriate when reviewing Black's motions for compassionate release.

**IT IS SO ORDERED.**

                                                            s/Matthew F. Leitman
                                                            MATTHEW F. LEITMAN
                                                            UNITED STATES DISTRICT JUDGE

Dated: July 30, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 30, 2025, by electronic means and/or ordinary mail.

                                                            s/Holly A. Ryan
                                                            Case Manager
                                                            (313) 234-5126